IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| SHERRY ANNE BAILEY-POTTS,  )<br>                              )<br>     Plaintiff,              )<br>                              )<br>     v.                       )<br>                              )<br>ALABAMA DEPARTMENT OF         )<br>PUBLIC SAFETY,                )<br>                              )<br>     Defendant.               ) | CIVIL ACTION NO.<br>3:11cv495-MHT<br>   (WO) |

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Defendant Alabama Department of Public Safety's motion for summary judgment (Doc. No. 15) is granted.

(2) Judgment is entered in favor of defendant Alabama Department of Public Safety and against plaintiff Sherry Anne Bailey-Potts, with plaintiff Bailey-Potts taking nothing by her complaint.

It is further ORDERED that costs are taxed against plaintiff Bailey-Potts, for which execution may issue.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**This case is closed.**

**DONE, this the 21st day of February, 2012.**

         /s/ Myron H. Thompson
        **UNITED STATES DISTRICT JUDGE**